UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 1106
ATHENS, GEORGIA 30603-1106

OFFICIAL BUSINESS

MICHAEL ALONZA RUFUS - 482019
BARROW COUNTY JAIL
652 BARROW PARK DR
WINDER, GA 30680

RETURN TO SENDER
☐ CONTRABAND
☐ UNAUTHORIZED MATERIAL
☒ INMATE RELEASED
☐ PLAIN WHITE POSTCARD ONLY

3:11-cv-74

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
12 FEB -7 AM 8:55

NIXIE        300    SE 1        70 02/05/12

          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD

BC: 30603110605    *2191-05325-05-42

$0.45 ⁰
US POSTAGE
FIRST-CLASS
062500719043
30601

S44833.024